UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO. 3:18-cv-571-RV-EMT

JESSICA N. ROGERS, as personal representative

of the Estate of Jose F. Escano-Reyes, and as

parent and natural guardian of Y.C., a minor child,

                 Plaintiff,

v.

DEP. JOHN GADDIS in his individual capacity,
DEP. MICHELLE BAUMAN in her individual capacity,
and SHERIFF BOB JOHNSON, in his official capacity,

                 Defendants.
_____/

# [PLAINTIFF'S PROPOSED PHASE II] VERDICT FORM ON PUNITIVE DAMAGES

**(Bifurcated Procedure, Phase II)**

We, the jury, return the following verdict:

1. What is the total amount of punitive damages awardable against Defendant Gaddis?

    $_____

2. What is the total amount of punitive damages awardable against Defendant Bauman?

    $_____

Please sign and date the verdict form and return it to the courtroom.

SO SAY WE ALL this _____ day of _____. 2021.

                                                     _____
Foreperson

Respectfully submitted,
Bradford R. Sohn, Esq.
The Brad Sohn Law Firm
2600 Douglas Road, Suite 1007
Coral Gables, Florida 33134
Telephone: (786) 708-9750
Fax: (305) 397-0650
Email: Brad@Sohn.com

David Pollack, Esq.
Law Office of David H. Pollack,
2600 Douglas Road, Suite 1007
Coral Gables, Florida 33134
Telephone: 305-372-5900
Facsimile: 305-372-5904
Email designations:
david@davidpollacklaw.com
eric@davidpollacklaw.com


BY: /s/Bradford Rothwell Sohn

BRAD R. SOHN
FLA. BAR NO. 98788


## CERTIFICATE OF SERVICE

    I certify that the foregoing was filed via CM/ECF this 1ST day of June, 2021, which will serve all parties of record.

BY: /s/Bradford Rothwell Sohn

BRAD R. SOHN

FLA. BAR NO. 98788