UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSICA N. ROGERS, etc.

   Plaintiff,

v.                              CASE NO.: 3:18-cv-571-RV-EMT

DEP. JOHN GADDIS, et al,

   Defendants.

---

### DEFENDANTS GADDIS' AND BAUMAN'S NOTICE OF FILING PURPOSED JURY INSTRUCTIONS

Defendants John Gaddis and Michelle Bauman[1], in their individual capacities, hereby file their proposed jury instructions and verdict forms as follows:

1. Stage 1 – Bifurcated Trial Jury Instructions

2. Stage 1 – Verdict Form

3. Stage 2 – Bifurcated Trial Jury Instructions – Punitive Damages

4. Stage 2 – Verdict Form – Punitive Damages

---

[1] Since this incident, Michelle Bauman's name has changed to Michelle Amos; however, she will be referred to as "Bauman".

Dated this 1st day of June 2021.

> WARNER LAW FIRM, P.A.
> ***/s/ Timothy M. Warner*** 
> Timothy M. Warner, Esq.
> Florida Bar No. 0642363
> Jennifer Hawkins
> Florida Bar No. 17694
> pleadings@warnerlaw.us
> 501 W. 11th Street, Suite A
> Panama City, Florida 32401
> (850) 784-7772
> *Counsel for Defendants*
> *Gaddis and Bauman, individually*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via CM/ECF this 1st day of June 2021, which will serve all parties of record.

THE LAW OFFICE OF
DAVID H. POLLACK, LLC
*Counsel for Plaintiff*

Bradford R. Sohn, Esq.
The Brad Sohn Law Firm
*Counsel for Plaintiff*

Jeannette M. Andrews, Esq.
Joe Longfellow, III, Esq.
*Counsel for Defendant,*
*Sheriff Johnson*

> ***/s/ Timothy M. Warner***
> Timothy M. Warner
> Florida Bar No. 0642363