UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSICA N. ROGERS, as Personal
Representative of the Estate of Jose
F. Escaño-Reyes, and as parent and
natural guardian of Y.E.R., a minor child,

    Plaintiff,

v.                                                                  CASE NO. 3:18-cv-571-RV-EMT

SHERIFF BOB JOHNSON, SGT.
RUSSELL WRIGHT, SGT. JUDITH
McPHAIL, DEP. JOHN GADDIS,
DEP. MICHELLE BAUMAN[1],

    Defendants.
_____/

## GADDIS' AND BAUMAN'S PROPOSED VERDICT FORM
## STAGE TWO OF BIFURCATED TRIAL

We, the Jury, unanimously return the following verdict:

1. What is amount of punitive damages which you found should be assessed against Deputy John Gaddis?

    Deputy John Gaddis    _____

---

[1] Since the date of this incident, Deputy Michell Bauman has married, and her current name is Michelle Amos.

2. At the time of Mr. Escaño-Reyes' injury, did Deputy John Gaddis have a specific intent to harm Mr. Escaño-Reyes and did the conduct of Deputy John Gaddis in fact harm Mr. Escaño Reyes?

YES \_\_\_\_    NO \_\_\_\_

3. Was the wrongful conduct of Deputy John Gaddis motivated solely by unreasonable financial gain and was the unreasonable dangerous conduct, together with the high likelihood of injury resulting from the conduct, actually known to Deputy John Gaddis?

YES \_\_\_\_    NO \_\_\_\_

4. What is amount of punitive damages which you found should be assessed against Deputy Michelle Bauman?

Deputy Michelle Bauman    _____

5. At the time of Mr. Escaño-Reyes' injury, did Deputy Michelle Bauman have a specific intent to harm Mr. Escaño-Reyes and did the conduct of Deputy Michelle Bauman in fact harm Mr. Escaño Reyes?

YES \_\_\_\_    NO_____

6.      Was the wrongful conduct of Deputy Michelle Bauman motivated solely by unreasonable financial gain and was the unreasonable dangerous conduct, together with the high likelihood of injury resulting from the conduct, actually known to Deputy Michelle Bauman?

    YES \_\_\_\_\_        NO \_\_\_\_\_


SO SAY WE ALL, this \_\_\_ day of _____ 2021.

_____
Foreperson's Signature